**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| BRYAN CHRISTOPHER POWERS, SR. ) | CASE NO. **16-32619-KRH** |
| ) | |
| ) | JUDGE KEVIN R. HUENNEKENS |
| DEBTOR. ) | |

---

| | |
|---|---|
| U. S. BANK TRUST NATIONAL ) | |
| ASSOCIATION, AS TRUSTEE OF THE ) | |
| IGLOO SERIES III TRUST ) | |
|         MOVANT, ) | |
| ) | |
| V. ) | |
| ) | |
| BRYAN CHRISTOPHER POWERS, SR. ) | |
| 10803 Westek Drive ) | |
| Henrico, VA 23233, ) | |
|         DEBTOR, ) | |
| ) | |
| KELLY FORREST POWERS ) | |
| 2340 Dunford Drive ) | |
| Falls Church, VA 22043 ) | |
|         CO-DEBTOR, ) | |
| ) | |
| **SUZANNE E. WADE,** ) | |
| **TRUSTEE** ) | |
| 7202 Glen Forest Drive, Ste. 202 ) | |
| Richmond, VA 23226, ) | |
|         RESPONDENTS. ) | |

**ORDER GRANTING RELIEF FROM STAY AND CO-DEBTOR STAY**

This matter is before the court on May 13, 2020, on the motion of U. S. Bank Trust

National Association, as Trustee of the Igloo Series III Trust ("Movant") for relief from the

Keith Yacko (VA Bar No. 37854)
McMichael Taylor Gray, LLC
3550 Engineering Dr. Suite 260
Peachtree Corners, GA 30092
470-289-4347  kyacko@mtglaw.com

1

automatic stay and co-debtor stay with respect to the real property located at 10803 Westek Drive, Richmond, VA 23233 ("Property").

Upon consideration of the Motion of U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust to modify the automatic stay; it is

ORDERED that the stay imposed by 11 U.S.C. §362 and 11 U.S.C. § 1301 are modified as it pertains to the real property located at 10803 Westek Drive, Richmond, VA 23233, and is more particularly described as follows:

All that certain piece or parcel of land, with all improvements and appearances thereto belonging, located in Tuckahoe District, Henrico County, Virginia, known as Lot 25, Block C, Section B, Cross Keys, as shown on plat of Subdivision entitled "Corrected Plat of Cross Keys, Section B, Tuckahoe District" made by J.K. Timmons and Associates, recorded April 17, 1981, in the Clerk's Office, Circuit Court, Henrico County, Virginia, in Plat Book 73, Page 50 and 51, to which Plat reference is hereby made for a more particular description of the property.

to allow the Movant to exercise its rights under the Deed of Trust to preserve, secure, assess and take such steps as are necessary to repair and/or prevent the demolition of the Property; and

IT IS FURTHER ORDERED that the 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

DONE at Richmond, Virginia, this May 18 2020 day of May, 2020

/s/ Kevin R Huennekens
_____
United States Bankruptcy Judge

ENTERED ON DOCKET:    May 19 2020

I ASK FOR THIS:

/s/ Keith Yacko
Keith Yacko
Virginia Bar No. 37854

2

3550 Engineering Dr.
Suite 260
Peachtree Corners, GA. 30092
470-289-4347
kyacko@mtglaw.com
*Attorney for Movant*

**CERTIFICATION**

The undersigned certifies that the foregoing Order Granting Relief from Stay is substantially in compliance with the form order required by Administrative Order 10-2.

/s/ Keith Yacko
Attorney for Movant

**CERTIFICATION**

The undersigned certifies, pursuant to Rule 9022 1(c) that the foregoing Order has been served upon all necessary parties and that a certification of mailing is being filed with this Order, indicating upon whom the foregoing Order was served and date and manner of such service.

/s/ Keith Yacko
Attorney for Movant

Will the clerk please send copies of this Order in electronic format to all parties who are listed on the ECF system and to:

Bryan Christopher Powers, Sr.
10803 Westek Drive
Henrico, VA 23233

Kelly Forest Powers
2340 Dunford Drive
Falls Church, VA 22043

Kelly Forest Powers
2344 Dunford Drive
Falls Church, VA 22043

3

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Bryan Christopher Powers, Sr.  
    Debtor

Case No. 16-32619-KRH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: manleyc     Page 1 of 1     Date Rcvd: May 19, 2020  
                   Form ID: pdford9     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.
```
db            +Bryan Christopher Powers, Sr.,   10803 Westek Dr.,   Henrico, VA 23233-1918
              +Kelly Forest Powers,   2344 Dunford Drive,   Falls Church, VA 22043-2921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:
```
          Andrew Ramsey Newby    on behalf of Creditor    Henrico County, Virginia Andrew.Newby@henrico.us
          Elizabeth Cabell Brogan    on behalf of Trustee Suzanne E. Wade e.brogan@ch13ricva.com
          James E. Kane    on behalf of Debtor Bryan Christopher Powers, Sr. jkane@kaneandpapa.com,
           info@kaneandpapa.com,bfrazier@kaneandpapa.com,gwhite@kaneandpapa.com,sfalkowski@kaneandpapa.com
          Keith M. Yacko    on behalf of Creditor    US Bank Trust National Association as Trustee of the
           Igloo Series III Trust kyacko@mtglaw.com,    ecfnotifications@mtglaw.com
          Michelle Rene Ghidotti-Gonsalves    on behalf of Creditor    BSI Financial Services
           ECFNotifications@ghidottilaw.com
          Michelle Rene Ghidotti-Gonsalves    on behalf of Creditor    US Bank Trust National Association as
           Trustee of the Igloo Series III Trust ECFNotifications@ghidottilaw.com
          Nisha Ryan Patel    on behalf of Creditor    Toyota Lease Trust npatel@siwpc.com,
           dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;bkreferrals@siwpc.com;siwb
           kecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
          Nisha Ryan Patel    on behalf of Creditor    Wells Fargo Bank, N.A. npatel@siwpc.com,
           dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;bkreferrals@siwpc.com;siwb
           kecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
          Suzanne E. Wade    ecfsummary@ch13ricva.com,    trustee@ch13ricva.com;fred@cmc13.net
                                                                                             TOTAL: 9
```